■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC ATKINS, Appellant. [663 NYS2d 1002] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered April 20, 1995, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Miller, J. P., O'Brien, Santucci and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL ATKINS, Appellant. [665 NYS2d 300] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 28, 1996 (*People v Atkins,* 232 AD2d 648), affirming a judgment of the County Court, Orange County, rendered October 18, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Sullivan, Altman and McGinity, JJ., concur.